IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME B.V.,<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT COMPANY, LLC and<br>WARNER CHILCOTT (US) LLC,<br><br>Defendants. | C.A. No. 13-2088 (GMS) |

**FINAL JUDGMENT AND PERMANENT INJUNCTION ORDER**

For the reasons provided in the October 19, 2017 Opinion of the United States Court of Appeals for the Federal Circuit (No. 16-2583, D.I. 67-2), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Final judgment is entered in favor of Plaintiff Merck Sharp & Dohme B.V. ("Merck") and against Defendants Warner Chilcott Company, LLC and Warner Chilcott (US) LLC (collectively "Warner Chilcott") that claims 4 and 11 of U.S. Patent No. 5,989,581 ("the '581 patent") are not invalid.

2. Final judgment is entered in favor of Merck and against Warner Chilcott that the filing of ANDA No. 204305 constitutes infringement of claims 4 and 11 of the '581 patent under 35 U.S.C § 271(e)(2)(A).

3. Final judgment is entered in favor of Merck and against Warner Chilcott that the commercial manufacture, sale, and offer for sale of the etonogestrel/ethinyl estradiol vaginal ring that is the subject of ANDA No. 204305 would constitute infringement of claims 4 and 11 of the '581 patent under 35 U.S.C. § 271(a).

4. Pursuant to 35 U.S.C. § 271(e)(4)(A), the Food and Drug Administration ("FDA") is ordered to make the effective date of any final approval of Warner Chilcott's ANDA No. 204305 to be a date that is not earlier than the date of expiration of the '581 patent (April 8, 2018).

5. Pursuant to 35 U.S.C. § 271(e)(4)(B), Warner Chilcott and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise, are hereby permanently enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, Warner Chilcott's proposed vaginal rings that are the subject of ANDA No. 204305 during the term of the '581 patent. This permanent injunction is effective as of the date of this order.

SO ORDERED this 21st day of Dec, 2017.

_____
UNITED STATES DISTRICT JUDGE

11531640